9/15/16 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Shannon A. and Andrea R. Quinn
Case Number: 15-11382        Chapter: 13
Date / Time / Room: September 13, 2016 at 11:30 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### Matter:    #2 - Continued Final Confirmation of Plan dated 12/31/15 (NFC)

### Appearances:

Debtor:    Seelinger
Trustee:   Winnecour / (Bedford) Katz / Pail
Creditor:

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 10-13-16
   Objections are due on or before 11-8-16.
   A hearing on the Amended Plan is set for 11-15-16 at 11:30
9. _____ Other: