|  |  |  |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-11382TPA |
|  | : |  |
|  | : | Doc No. 30 |
|  | : |  |
|  | : | CHAPTER 13 |
| **Shannon and Andrea Quinn** | : |  |
| **Debtors** | : | Hearing Date: November 15, 2016 |
|  | : |  |
|  | : | Response Date: November 8, 2016 |
|  | : |  |
| **Shannon and Andrea Quinn** | : |  |
| **Movants** | : |  |
|  | : |  |
| V. | : |  |
|  | : |  |
| **No Respondent** | : |  |

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 16th day of September 2016, I served the Order Scheduling Dates and Hearing on and Objection to Amended Plan dated September 15, 2016, together with a true and correct copy of the Amended Chapter 13 Plan dated September 14, 2016 by First Class United States mail or electronic service as indicated below.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

The following creditors were served by First Class Mail:

Aes/Pnc Natl City
Po Box 61047
Harrisburg, PA 17106

Aes/Suntrust
Po Box 61047
Harrisburg, PA 17106

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Chase Card
Po Box 15298
Wilmington, DE 19850

Citi
Po Box 6241
Sioux Falls, SD 57117

Comenity Bank/Express
Po Box 182789
Columbus, OH 43218

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

M & T Bank
1 Fountain Plz
Buffalo, NY 14203

Revenue Group
4780 Hinckley Industrial
Cleveland, OH 44109

Sallie Mae
300 Continental Dr
Newark, DE 19713

Syncb/Oldnavydc
Po Box 965005
Orlando, FL 32896

Us Dept Of Ed/Glelsi
Po Box 7860
Madison, WI 53707

Wffnatbank
Po Box 94498
Las Vegas, NV 89193

Widget Financial
2154 E Lake Rd
Erie, PA 16511