Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Shannon A. Quinn**
**Andrea R. Quinn**
**aka Andrea R Graeb**
  Debtor(s)

Bankruptcy Case No.: 15–11382–TPA
Per November 15, 2016 Proceeding
Chapter: 13
Docket No.: 31 – 27, 29
Concil. Conf.: at

### ORDER OF COURT CONFIRMING PLAN AS MODIFIED
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

   IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 14, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Lakeview Loan Servicing (Claim No. 7) and Wells Fargo Financial (Claim No. 15) without interest .

- ☑ H.   Additional Terms: The new modified payment terms for Fifth Third Bank (Claim No. 4) and Widget Federal Credit Union (Claim No. 11) shall be applied prospectively.

*(2.)*   ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: November 21, 2016

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-11382-TPA
Shannon A. Quinn                                                      Chapter 13
Andrea R. Quinn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 2          Date Rcvd: Nov 21, 2016
                              Form ID: 149            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
```
db/jdb         +Shannon A. Quinn,   Andrea R. Quinn,   4011 Elmwood Ave,   Erie, PA 16509-1348
14158918       +Aes/Pnc Natl City,   Po Box 61047,   Harrisburg, PA 17106-1047
14158919       +Aes/Suntrust,   Po Box 61047,   Harrisburg, PA 17106-1047
14158920      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14158921      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238)
14212858        CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,   PO BOX 3001,   MALVERN, PA 19355-0701
14164365        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14158922       +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14158923       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14158924       +Comenity Bank/Express,   Po Box 182789,   Columbus, OH 43218-2789
14201364        ECAST SETTLEMENT CORPORATION,   PO BOX 29262,   NEW YORK, NY 10087-9262
14158925       +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
14158926       +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
14167036       +Fifth Third Bank,   PO Box 9013,   Addison, TX 75001-9013
14165534       +PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
14195768        U.S. Department of Education,   C/O FedLoan Servicing,   P.O.Box 69184,
                 Harrisburg,PA 17106-9184
14178725        United States Department of Education,   Claims Filing Unit,   P O Box 8973,
                 Madison, WI  53708-8973
14158932       +Us Dept Of Ed/Glelsi,   Po Box 7860,   Madison, WI 53707-7860
14201982       +Wells Fargo Bank  N A,   Wells Fargo Education Financial Services,   301 E 58th Street N,
                 Sioux Falls   SD 57104-0422
14206592        Wells Fargo Bank NA,   PO Box 10438,   Des Moines   IA     50306-0438
14158933       +Wffnatbank,   Po Box 94498,   Las Vegas, NV 89193-4498
14179107       +Widget FCU,   2154 East Lake Rd,   Erie, PA 16511-1140
14158934       +Widget Financial,   2154 E Lake Rd,   Erie, PA 16511-1140
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14158927       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2016 02:29:14     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
14158928        E-mail/Text: camanagement@mtb.com Nov 22 2016 02:29:21     M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
14173099        E-mail/Text: camanagement@mtb.com Nov 22 2016 02:29:21     M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
14175873        E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2016 02:29:26
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14158929       +E-mail/Text: bk@revenuegroup.com Nov 22 2016 02:30:34     Revenue Group,
                 4780 Hinckley Industrial,   Cleveland, OH 44109-6003
14168473        E-mail/Text: ebn_bkrt_forms@salliemae.com Nov 22 2016 02:30:32     Sallie Mae,   P.O. Box 3319,
                 Wilmington, DE 19804-4319
14158930       +E-mail/Text: ebn_bkrt_forms@salliemae.com Nov 22 2016 02:30:32     Sallie Mae,
                 300 Continental Dr,   Newark, DE 19713-4322
14158931       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2016 02:32:57     Syncb/Oldnavydc,   Po Box 965005,
                 Orlando, FL 32896-5005
14230519        E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2016 02:32:38     Synchrony Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
14158935*      +Aes/Pnc Natl City,   Po Box 61047,   Harrisburg, PA 17106-1047
14158936*      +Aes/Suntrust,   Po Box 61047,   Harrisburg, PA 17106-1047
14158937*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
14158938*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238)
14158939*      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14158940*      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14158941*      +Comenity Bank/Express,   Po Box 182789,   Columbus, OH 43218-2789
14158942*      +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
14158943*      +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
14158944*      +Kohls/Capone,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
14158945*     ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
              (address filed with court: M & T Bank,   1 Fountain Plz,   Buffalo, NY 14203)
14158946*      +Revenue Group,   4780 Hinckley Industrial,   Cleveland, OH 44109-6003
14158947*      +Sallie Mae,   300 Continental Dr,   Newark, DE 19713-4322
14158948*      +Syncb/Oldnavydc,   Po Box 965005,   Orlando, FL 32896-5005
14158949*      +Us Dept Of Ed/Glelsi,   Po Box 7860,   Madison, WI 53707-7860
14158950*      +Wffnatbank,   Po Box 94498,   Las Vegas, NV 89193-4498
```

```
District/off: 0315-1           User: vson                    Page 2 of 2                   Date Rcvd: Nov 21, 2016
                               Form ID: 149                  Total Noticed: 32


              ***** BYPASSED RECIPIENTS (continued) *****
14158951*        +Widget Financial,    2154 E Lake Rd,    Erie, PA 16511-1140
                                                                                             TOTALS: 1, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Joint Debtor Andrea R. Quinn rebeka@seelingerlaw.com
              Rebeka   Seelinger    on behalf of Debtor Shannon A. Quinn rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```