IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

    Shannon A. Quinn and  :
    Andrea R. Quinn  :
    FKA Andrea R. Graeb  :
        Debtors  :
                                  :  Bankruptcy No. 15-11382-TPA

Lakeview Loan Servicing, LLC  :

        v.  :  Chapter 13

Shannon A. Quinn and  :
Andrea R. Quinn FKA  :
Andrea R. Graeb  :
Respondents  :

## DECLARATION

**AND NOW**, this **5th day of December, 2016,** upon consideration of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Lakeview Loan Servicing, LLC at Claim No. 7** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Dated: December 5, 2016,                    Signed:   /s/ Rebeka A. Seelinger Esq.
                                                        Rebeka A Seelinger Esq.