## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : |
| **Shannon A. Quinn and** | : |
| **Andrea R. Quinn** | : |
| **FKA Andrea R. Graeb** | : |
| **Debtors** | : |
| | : **Bankruptcy No. 15-11382-TPA** |
| | : |
| **Lakeview Loan Servicing, LLC** | : |
| **Movant** | : |
| | : |
| **v.** | : **Chapter 13** |
| | : |
| **Shannon Quinn, Andrea R. Quinn** | : |
| **FKA Andrea R. Graeb, and Ronda J.** | : |
| **Winnecour, Esq. Trustee** | : **Related to Claim No. 7** |
| **Respondents** | : |
| | : |

## DECLARATION

**AND NOW**, this **13th day of November 2017,** upon consideration of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Lakeview Loan Servicing, LLC at Claim No. 7** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Dated: November 13, 2017     By     /s/ Rebeka A. Seelinger  Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com