**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | | |
| Shannon A. Quinn and | : | |
| Andrea R. Quinn | : | |
| FKA Andrea R. Graeb | : | |
| Debtors | : | |
| | : | **Bankruptcy No. 15-11382-TPA** |
| | : | |
| Lakeview Loan Servicing, LLC | : | |
| Movant | : | |
| | : | |
| v. | : | **Chapter 13** |
| | : | |
| Shannon Quinn, Andrea R. Quinn | : | |
| FKA Andrea R. Graeb, and Ronda J. | : | |
| Winnecour, Esq. Trustee | : | **Related to Claim No. 7** |
| Respondents | : | |
| | : | |

## DECLARATION

   **AND NOW**, this **16th day of November 2018**, upon consideration of the **NOTICE OF
MORTGAGE PAYMENT CHANGE** filed by **Lakeview Loan Servicing, LLC at <u>Claim No. 7</u>**
in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to
fund the Plan with the modified debt.


Dated: <u>November 16, 2018 </u>   By <u>/s/ Rebeka A. Seelinger  Esquire</u>
          Rebeka A. Seelinger, Esquire
          Pa. I.D. #93897
          4640 Wolf Rd
          Erie, PA 16505
          (814)-824-6670
           E-Mail: rebeka@seelingerlaw.com