# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|   Shannon A. Quinn and | : | |
|   Andrea R. Quinn | : | |
|   FKA Andrea R. Graeb | : | |
|     Debtors | : | |
| | : | Bankruptcy No. 15-11382-TPA |
| | : | |
| Lakeview Loan Servicing, LLC | : | |
|     Movant | : | |
| | : | |
|     v. | : | Chapter 13 |
| | : | |
| Shannon Quinn, Andrea R. Quinn | : | |
| FKA Andrea R. Graeb, and Ronda J. | : | |
| Winnecour, Esq. Trustee | : | Related to Claim No. 7 |
|     Respondents | : | |
| | : | |

## DECLARATION

NOW, this 24th day of August 2020, upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by Lakeview Loan Servicing, LLC at Claim No. 7 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $1,006.68, effective 8/01/2020..

Dated: August 24, 2020           By        /s/ Rebeka A. Seelinger  Esquire
                                                                        Rebeka A. Seelinger, Esquire
                                                                       Pa. I.D. #93897
                                                                       4640 Wolf Rd
                                                                       Erie, PA 16505
                                                                       (814)-824-6670
                                                                       rebeka@seelingerlaw.com