**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SHANNON A QUINN<br>ANDREA R QUINN | Case No. 15-11382TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>SYNCHRONY BANK++ | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> Mail sent to the payee addess listed on the proof of claim has been returned by the U.S. Postal Service as undeliverable.

| | |
|---|---|
| SYNCHRONY BANK++<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Court claim# 17/Trustee CID# 25 |

The Movant further certifies that on 10/02/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>SHANNON A QUINN, ANDREA R QUINN, 4011 ELMWOOD AVE, ERIE, PA 16509 | DEBTOR'S COUNSEL:<br>REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA 16505 |
|---|---|
| ORIGINAL CREDITOR:<br>SYNCHRONY BANK++, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL 33131-1605<br><br>NEW CREDITOR: | :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA 23513 |