# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | : |
|    **Shannon A. Quinn and** | : |
|    **Andrea R. Quinn** | : |
|    **FKA Andrea R. Graeb** | : |
|       **Debtors** | : |
| | : **Bankruptcy No. 15-11382-TPA** |
| | : **Chapter 13** |
| **Lakeview Loan Servicing, LLC** | : |
|       **Movant** | : **Related to Claim No. 7** |
| | : |
|       **v.** | : **Document No.** |
| | : |
| **Shannon Quinn, Andrea R. Quinn** | : |
| **FKA Andrea R. Graeb, and Ronda J.** | : |
| **Winnecour, Esq. Trustee** | : |
|       **Respondents** | : |
| | : |

## DECLARATION

Upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by Lakeview Loan Servicing, LLC at <u>Claim No. 7</u> in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $1,003.01, effective 12/01/2020.

Dated: <u>November 30, 2020</u>　　　　By　　　/s/ Rebeka A. Seelinger  Esquire
　　　　　　　　　　　　　　　　　　　　　Rebeka A. Seelinger, Esquire
　　　　　　　　　　　　　　　　　　　　　Pa. I.D. #93897
　　　　　　　　　　　　　　　　　　　　　4640 Wolf Rd
　　　　　　　　　　　　　　　　　　　　　Erie, PA 16505
　　　　　　　　　　　　　　　　　　　　　(814)-824-6670
　　　　　　　　　　　　　　　　　　　　　rebeka@seelingerlaw.com