IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-11382 TPA |
|    Shannon A. Quinn | : | |
|    Andrea R. Quinn | : | |
| | : | Chapter 13 |
|         Debtors | : | |
| | : | |
| Shannon A. Quinn | : | |
| Andrea R. Quinn | : | |
|    Movants | : | |
| | : | Document No. |
|    v. | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
|    Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 18, 2016, at docket numbers 21 and 22, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by the Debtors' undersigned counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: December 11, 2020     By:     /s/ Rebeka A. Seelinger
                                     Rebeka A. Seelinger, Esquire
                                     SEELINGER LAW
                                     Attorney for Debtors
                                     PA ID #93897
                                     4640 Wolf Road
                                     Erie, PA 16505
                                     (814) 824-6670
                                     rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**