**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/16/20 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  SHANNON A QUINN<br>ANDREA R QUINN<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>     Movant<br>              vs.<br>SHANNON A QUINN<br>ANDREA R QUINN<br><br>          Respondents | Case No.15-11382TPA<br><br>Chapter 13<br><br>Document No. 54 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __16th__ day of __December__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

School District City Of Erie
Attn: Payroll Manager
148 W 21St St
Erie, PA 16502

is hereby ordered to immediately terminate the attachment of the wages of ANDREA R QUINN, social security number XXX-XX-2576. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANDREA R QUINN.

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shannon A. Quinn  
Andrea R. Quinn  
    Debtor(s)

Case No. 15-11382-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1　　　　　　　　　　User: dkam　　　　　　　　　　Page 1 of 2  
Date Rcvd: Dec 16, 2020　　　　　　　Form ID: pdf900　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**　　**Definition**  
+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

**Recip ID**　　　**Recipient Name and Address**  
db/jdb　　　　+ Shannon A. Quinn, Andrea R. Quinn, 4011 Elmwood Ave, Erie, PA 16509-1348

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020　　　　　　　Signature:　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

**Name**　　　　　　　　**Email Address**

Andrew F Gornall  
　　　　on behalf of Creditor Lakeview Loan Servicing  LLC andygornall@latouflawfirm.com

Brian Nicholas  
　　　　on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Matthew John McClelland  
　　　　on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Office of the United States Trustee  
　　　　ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger  
　　　　on behalf of Joint Debtor Andrea R. Quinn rebeka@seelingerlaw.com

Rebeka Seelinger

| District/off: 0315-1 | User: dkam | Page 2 of 2 |
| Date Rcvd: Dec 16, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Shannon A. Quinn rebeka@seelingerlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7