Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Shannon A. Quinn** | Case No. 15−11382−TPA |
| **Andrea R. Quinn** | Chapter: 13 |
| **aka Andrea R Graeb** | |
| *Debtor(s)* | |
| | |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | Related to Document No. 61 |
| | |
| v. | Hearing Date: 4/7/21 at 12:00 PM |
| **No Respondents** | |
| *Respondent(s).* | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this ***The 26th of January, 2021***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 61 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before March 12, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on ***April 7, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

*/s/ Thomas P. Agresti*
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 15-11382-TPA
Shannon A. Quinn                                                                               Chapter 13
Andrea R. Quinn
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lmar | Page 1 of 3 |
| Date Rcvd: Jan 26, 2021 | Form ID: 300b | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shannon A. Quinn, Andrea R. Quinn, 4011 Elmwood Ave, Erie, PA 16509-1348 |
| 14158918 | + | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158919 | + | Aes/Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158920 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14212858 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14158923 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14201364 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14335695 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14386570 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14158925 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14158926 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14167036 | + | Fifth Third Bank, PO Box 9013, Addison, TX 75001-9013 |
| 14165534 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 14195768 | | U.S. Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg,PA 17106-9184 |
| 14178725 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 14158932 | + | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14201982 | + | Wells Fargo Bank N A, Wells Fargo Education Financial Services, 301 E 58th Street N, Sioux Falls SD 57104-0422 |
| 14206592 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14158933 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14158921 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:01:02 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14164365 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:01:02 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14158923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 03:03:05 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14158924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2021 02:47:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 14158922 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:02:40 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14158927 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2021 02:47:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14158928 | | Email/Text: camanagement@mtb.com | Jan 27 2021 02:47:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14173099 | | Email/Text: camanagement@mtb.com | Jan 27 2021 02:47:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14175873 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2021 02:48:00 | Quantum3 Group LLC as agent for, Comenity |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14158929 | | Email/Text: bk@revenuegroup.com | Jan 27 2021 02:49:00 | Revenue Group, 4780 Hinckley Industrial, Cleveland, OH 44109 |
| 14168473 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 27 2021 02:49:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14158930 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 27 2021 02:49:00 | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 14158931 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:02:37 | Syncb/Oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14230519 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:02:38 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14179107 | + | Email/Text: collections@widgetfinancial.com | Jan 27 2021 02:48:00 | Widget FCU, 2154 East Lake Rd, Erie, PA 16511-1140 |
| 14158934 | + | Email/Text: collections@widgetfinancial.com | Jan 27 2021 02:48:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14158935 | *+ | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158936 | *+ | Aes/Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158937 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14158938 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14158940 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14158941 | *+ | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 14158942 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14158943 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14158939 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14158944 | *+ | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14158945 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14158946 | *P++ | REVENUE ASSISTANCE CORPORATION, 3711 CHESTER AVE, SUITE 200, CLEVELAND OH 44114-4623, address filed with court:, Revenue Group, 4780 Hinckley Industrial, Cleveland, OH 44109 |
| 14158947 | *+ | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 14158948 | *+ | Syncb/Oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14158949 | *+ | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14158950 | *+ | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14158951 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-1 | User: lmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: 300b | Total Noticed: 34 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2021            Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Lakeview Loan Servicing  LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Joint Debtor Andrea R. Quinn rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Debtor Shannon A. Quinn rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7