**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SHANNON A QUINN
ANDREA R QUINN
       Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
       Movant
      vs.
No Respondents.

Case No.:15-11382 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 25, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2015 and confirmed on 2/26/16. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,125.00 |
| Less Refunds to Debtor | 5,186.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 105,938.88 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 5,041.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,041.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 7990 | 0.00 | 61,849.58 | 0.00 | 61,849.58 |
|   LAKEVIEW LOAN SERVICING LLC<br>    Acct: 7990 | 209.90 | 209.90 | 0.00 | 209.90 |
|   WELLS FARGO FINANCIAL NATIONAL BA<br>    Acct: 9144 | 1,061.29 | 1,061.29 | 0.00 | 1,061.29 |
|   FIFTH THIRD BANK<br>    Acct: 2061 | 7,238.89 | 7,238.89 | 707.74 | 7,946.63 |
|   WIDGET FEDERAL CREDIT UNION F/K/A<br>    Acct: 6377 | 19,930.97 | 19,930.97 | 2,363.55 | 22,294.52 |
| | | | | 93,361.92 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SHANNON A QUINN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SHANNON A QUINN<br>    Acct: | 5,186.12 | 5,186.12 | 0.00 | 0.00 |
|   SEELINGER LAW CORPORATION<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   REBEKA A SEELINGER ESQ<br>    Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   RONDA J WINNECOUR TRUSTEE/CLERK<br>    Acct: XXXXXXXXXBANK | 4.33 | 4.33 | 0.00 | 4.33 |
| | | | | 4.33 |
| **Unsecured** | | | | |
|   ECMC(*)<br>    Acct: 2576 | 11,346.49 | 286.29 | 0.00 | 286.29 |
|   AES (AMERICAN EDUCATION SRVCS)<br>    Acct: 0002 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AES (AMERICAN EDUCATION SRVCS)<br>    Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ECMC(*)<br>    Acct: | 1,219.53 | 30.77 | 0.00 | 30.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0578 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| BANK OF AMERICA NA** (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9963 | | | | |
| CAPITAL ONE BANK NA** | 2,889.93 | 72.91 | 0.00 | 72.91 |
| Acct: 5344 | | | | |
| CAPITAL ONE BANK NA** | 7,984.06 | 201.45 | 0.00 | 201.45 |
| Acct: 9430 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8614 | | | | |
| ECAST SETTLEMENT CORP | 18,193.43 | 459.03 | 0.00 | 459.03 |
| Acct: 7231 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 109.80 | 2.77 | 0.00 | 2.77 |
| Acct: 8346 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| US DEPARTMENT OF EDUCATION | 24,642.24 | 621.75 | 0.00 | 621.75 |
| Acct: 2576 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FEDERAL LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| CAPITAL ONE NA** | 452.76 | 11.43 | 0.00 | 11.43 |
| Acct: 0985 | | | | |
| REVENUE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6835 | | | | |
| SALLIE MAE BANK | 5,609.93 | 141.54 | 0.00 | 141.54 |
| Acct: 0578 | | | | |
| SALLIE MAE BANK | 5,306.41 | 133.88 | 0.00 | 133.88 |
| Acct: 0578 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1655 | | | | |
| UNITED STATES DEPARTMENT OF EDUC | 57,527.38 | 1,451.47 | 0.00 | 1,451.47 |
| Acct: 0578 | | | | |
| WELLS FARGO BANK NA | 4,666.54 | 117.74 | 0.00 | 117.74 |
| Acct: 4431 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,531.03 |

TOTAL PAID TO CREDITORS                                                                                                96,897.28

```
TOTAL CLAIMED
  PRIORITY            4.33
  SECURED        28,441.05
  UNSECURED     139,948.50
```

Date: 01/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   SHANNON A QUINN<br>   ANDREA R QUINN<br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>        vs.<br>   No Repondents. | Case No.:15-11382 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                            BY THE COURT:

                                            _____
                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11382-TPA |
| Shannon A. Quinn | Chapter 13 |
| Andrea R. Quinn | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lmar | Page 1 of 3 |
| Date Rcvd: Jan 26, 2021 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shannon A. Quinn, Andrea R. Quinn, 4011 Elmwood Ave, Erie, PA 16509-1348 |
| 14158918 | + | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158919 | + | Aes/Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158920 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14212858 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14158923 | + | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14201364 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14335695 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14386570 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14158925 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14158926 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14167036 | + | Fifth Third Bank, PO Box 9013, Addison, TX 75001-9013 |
| 14165534 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 14195768 | | U.S. Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg,PA 17106-9184 |
| 14178725 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 14158932 | + | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14201982 | + | Wells Fargo Bank N A, Wells Fargo Education Financial Services, 301 E 58th Street N, Sioux Falls SD 57104-0422 |
| 14206592 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14158933 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14158921 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 02:59:25 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14164365 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:01:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14158923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 03:01:08 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14158924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2021 02:47:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 14158922 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:02:41 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14158927 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2021 02:47:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14158928 | | Email/Text: camanagement@mtb.com | Jan 27 2021 02:47:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14173099 | | Email/Text: camanagement@mtb.com | Jan 27 2021 02:47:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14175873 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2021 02:48:00 | Quantum3 Group LLC as agent for, Comenity |

Case 15-11382-TPA   Doc 64   Filed 01/28/21   Entered 01/29/21 00:45:42   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-1 | User: lmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14158929 | | Email/Text: bk@revenuegroup.com | Jan 27 2021 02:49:00 | Revenue Group, 4780 Hinckley Industrial, Cleveland, OH 44109 |
| 14168473 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 27 2021 02:49:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14158930 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 27 2021 02:49:00 | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 14158931 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:58 | Syncb/Oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14230519 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 03:00:58 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14179107 | + | Email/Text: collections@widgetfinancial.com | Jan 27 2021 02:48:00 | Widget FCU, 2154 East Lake Rd, Erie, PA 16511-1140 |
| 14158934 | + | Email/Text: collections@widgetfinancial.com | Jan 27 2021 02:48:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14158935 | *+ | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158936 | *+ | Aes/Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158937 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14158938 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14158940 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14158941 | *+ | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 14158942 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14158943 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14158939 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14158944 | *+ | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14158945 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14158946 | *P++ | REVENUE ASSISTANCE CORPORATION, 3711 CHESTER AVE, SUITE 200, CLEVELAND OH 44114-4623, address filed with court:, Revenue Group, 4780 Hinckley Industrial, Cleveland, OH 44109 |
| 14158947 | *+ | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 14158948 | *+ | Syncb/Oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14158949 | *+ | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14158950 | *+ | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14158951 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-1 | User: lmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: pdf900 | Total Noticed: 34 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Lakeview Loan Servicing  LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Joint Debtor Andrea R. Quinn rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Debtor Shannon A. Quinn rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7