| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Shannon A. Quinn** | Social Security number or ITIN   **xxx–xx–0578** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Andrea R. Quinn** | Social Security number or ITIN   **xxx–xx–2576** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–11382–TPA** | |

# Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shannon A. Quinn                                              Andrea R. Quinn
                                                              aka Andrea R Graeb


<u>3/18/21</u>                                    **By the court:**    <u>Thomas P. Agresti</u>
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shannon A. Quinn  
Andrea R. Quinn  
    Debtors

Case No. 15-11382-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dkam | Page 1 of 3 |
| Date Rcvd: Mar 18, 2021 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shannon A. Quinn, Andrea R. Quinn, 4011 Elmwood Ave, Erie, PA 16509-1348 |
| 14158918 | + | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158919 | + | Aes/Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158925 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14158926 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14167036 | + | Fifth Third Bank, PO Box 9013, Addison, TX 75001-9013 |
| 14165534 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 14195768 | | U.S. Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg,PA 17106-9184 |
| 14158932 | + | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 19 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Mar 19 2021 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 03:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14158920 | EDI: BANKAMER.COM | Mar 19 2021 03:18:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14158921 | EDI: CAPITALONE.COM | Mar 19 2021 03:18:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14212858 | EDI: BL-BECKET.COM | Mar 19 2021 03:19:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14164365 | EDI: CAPITALONE.COM | Mar 19 2021 03:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14158923 | + EDI: CITICORP.COM | Mar 19 2021 03:18:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14158924 | + EDI: WFNNB.COM | Mar 19 2021 03:18:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 14201364 | EDI: ECAST.COM | Mar 19 2021 03:18:00 | ECAST SETTLEMENT CORPORATION, PO |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BOX 29262, NEW YORK, NY 10087-9262 |
| 14335695 | | EDI: ECMC.COM | Mar 19 2021 03:18:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14386570 | | EDI: ECMC.COM | Mar 19 2021 03:18:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14158922 | | EDI: JPMORGANCHASE | Mar 19 2021 03:18:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14158927 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 19 2021 03:46:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14158928 | | Email/Text: camanagement@mtb.com | Mar 19 2021 03:47:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14173099 | | Email/Text: camanagement@mtb.com | Mar 19 2021 03:47:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14175873 | | EDI: Q3G.COM | Mar 19 2021 03:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14158929 | | Email/Text: bk@revenuegroup.com | Mar 19 2021 03:48:00 | Revenue Group, 4780 Hinckley Industrial, Cleveland, OH 44109 |
| 14168473 | | EDI: SALLIEMAEBANK.COM | Mar 19 2021 03:18:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14158930 | + | EDI: SALLIEMAEBANK.COM | Mar 19 2021 03:18:00 | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 14158931 | + | EDI: RMSC.COM | Mar 19 2021 03:19:00 | Syncb/Oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14230519 | | EDI: RMSC.COM | Mar 19 2021 03:19:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14178725 | | EDI: WFFC.COM | Mar 19 2021 03:18:00 | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 14201982 | + | EDI: WFFC.COM | Mar 19 2021 03:18:00 | Wells Fargo Bank N A, Wells Fargo Education Financial Services, 301 E 58th Street N, Sioux Falls SD 57104-0422 |
| 14206592 | | EDI: WFFC.COM | Mar 19 2021 03:18:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14158933 | + | EDI: WFFC.COM | Mar 19 2021 03:18:00 | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14179107 | + | Email/Text: collections@widgetfinancial.com | Mar 19 2021 03:47:00 | Widget FCU, 2154 East Lake Rd, Erie, PA 16511-1140 |
| 14158934 | + | Email/Text: collections@widgetfinancial.com | Mar 19 2021 03:47:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14158935 | *+ | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158936 | *+ | Aes/Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158937 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14158938 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |

Case 15-11382-TPA    Doc 69    Filed 03/20/21    Entered 03/21/21 00:32:42    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-1 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 3180W | Total Noticed: 36 |

| | | |
|---|---|---|
| 14158940 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14158941 | *+ | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 14158942 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14158943 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14158939 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14158944 | *+ | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14158945 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14158946 | *P++ | REVENUE ASSISTANCE CORPORATION, 3711 CHESTER AVE, SUITE 200, CLEVELAND OH 44114-4623, address filed with court:, Revenue Group, 4780 Hinckley Industrial, Cleveland, OH 44109 |
| 14158947 | *+ | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 14158948 | *+ | Syncb/Oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14158949 | *+ | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14158950 | *+ | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14158951 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew F Gornall | on behalf of Creditor Lakeview Loan Servicing  LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Joint Debtor Andrea R. Quinn rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Debtor Shannon A. Quinn rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7