# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/18/21 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
SHANNON A QUINN
ANDREA R QUINN
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 15-11382 TPA

Chapter 13

Document No.:    61

## ORDER OF COURT

AND NOW, this ___18th___ day of ___March___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

ljm

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Shannon A. Quinn  
Andrea R. Quinn  
    Debtors

Case No. 15-11382-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 3  
Date Rcvd: Mar 18, 2021     Form ID: pdf900     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shannon A. Quinn, Andrea R. Quinn, 4011 Elmwood Ave, Erie, PA 16509-1348 |
| 14158918 | + | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158919 | + | Aes/Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158920 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14212858 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14201364 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14335695 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14386570 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14158925 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14158926 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14167036 | + | Fifth Third Bank, PO Box 9013, Addison, TX 75001-9013 |
| 14165534 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 14195768 | | U.S. Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg,PA 17106-9184 |
| 14178725 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 14158932 | + | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14201982 | + | Wells Fargo Bank N A, Wells Fargo Education Financial Services, 301 E 58th Street N, Sioux Falls SD 57104-0422 |
| 14206592 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14158933 | + | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14158921 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 19 2021 02:36:01 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14164365 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 19 2021 02:47:06 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14158923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2021 02:59:57 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14158924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2021 03:47:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 14158922 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 19 2021 02:47:04 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14158927 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 19 2021 03:46:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14158928 | | Email/Text: camanagement@mtb.com | Mar 19 2021 03:47:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14173099 | | Email/Text: camanagement@mtb.com | Mar 19 2021 03:47:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 14175873 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2021 03:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0315-1 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14158929 | Email/Text: bk@revenuegroup.com | Mar 19 2021 03:48:00 | Revenue Group, 4780 Hinckley Industrial, Cleveland, OH 44109 |
| 14168473 | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 19 2021 03:47:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14158930 + | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 19 2021 03:47:00 | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 14158931 + | Email/PDF: gecsedi@recoverycorp.com | Mar 19 2021 02:58:16 | Syncb/Oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14230519 | Email/PDF: gecsedi@recoverycorp.com | Mar 19 2021 02:35:56 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14179107 + | Email/Text: collections@widgetfinancial.com | Mar 19 2021 03:47:00 | Widget FCU, 2154 East Lake Rd, Erie, PA 16511-1140 |
| 14158934 + | Email/Text: collections@widgetfinancial.com | Mar 19 2021 03:47:00 | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14158935 | *+ | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158936 | *+ | Aes/Suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14158937 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14158938 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14158940 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14158941 | *+ | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 14158942 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14158943 | *+ | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 14158939 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14158944 | *+ | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14158945 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14158946 | *P++ | REVENUE ASSISTANCE CORPORATION, 3711 CHESTER AVE, SUITE 200, CLEVELAND OH 44114-4623, address filed with court:, Revenue Group, 4780 Hinckley Industrial, Cleveland, OH 44109 |
| 14158947 | *+ | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 14158948 | *+ | Syncb/Oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14158949 | *+ | Us Dept Of Ed/Glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14158950 | *+ | Wffnatbank, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14158951 | *+ | Widget Financial, 2154 E Lake Rd, Erie, PA 16511-1140 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0315-1 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: pdf900 | Total Noticed: 34 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Lakeview Loan Servicing  LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Joint Debtor Andrea R. Quinn rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Debtor Shannon A. Quinn rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7